JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-01928-ODW (AGRx) | Date | July 12, 2023 |
|---|---|---|---|
| Title | *Guri Gonzalez v. Leslie R. Schlecter* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On March 16, 2023, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 11.) Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due." (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) According to Plaintiff's Proof of Service, Defendant's response to the Complaint was due by July 3, 2023. (*See* Proof of Service, ECF No. 15 (indicating substituted service on Defendant on June 12, 2023).) As of today's date, Plaintiff has not requested entry of default as required. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                                  :    00

                                              Initials of Preparer    SE